# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH E. GHAHARI,<br><br>Defendant. | PO-19-05232-GF-JTJ<br><br>VIOLATION:<br>7354470<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $20 fine and $30 processing fee for violation 7354470 (for a total of $50), and for good cause shown, **IT IS ORDERED** that the $50 fine ($20 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354470. **IT IS FURTHER ORDERED** that the initial appearance scheduled for March 5, 2020, is **VACATED**.

DATED this 4th day of March, 2020.

_____
John Johnston
United States Magistrate Judge